STATE, Respondent, v. MICHAEL, Appellant.

(229 N. W. 934.)

(File No. 6963. Opinion filed March 31, 1930.)

H. F. Fellows, of Rapid City, for Appellant.

M. Q. Sharpe, of Kennebec, and Turner M. Rudesill, of Rapid City, for Respondent.

PER CURIAM. We have carefully examined the record and each of the assignments of error in this case. We are satisfied that there is no prejudicial error in the record.

The judgment and order of the trial court are therefore affirmed.